**Fill in this information to identify the case:**

Debtor name  **Sleep Outfitters of Kentucky, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known)  **19-50045**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Statement of Financial Affairs**
  **Disclosure of Compensation of Attorney for Debtor**
  **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __January 25, 2019__    X /s/ Kimberly B. Knopf
Signature of individual signing on behalf of debtor

**Kimberly B. Knopf**
Printed name

**Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Sleep Outfitters of Kentucky, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)   **19-50045**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................   $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $ _____ 6,311.84

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $ _____ 6,311.84

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____ 114,820.78

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$ _____ 391,024.71

4.   Total liabilities ............................................................................................
   Lines 2 + 3a + 3b

   $ _____ 505,845.49

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Sleep Outfitters of Kentucky, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    **19-50045**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Whitaker Bank** | **Cash** | **0283** | **$2,422.59** |
| 3.2. | **Fifth Third** | **Cash** | **9107** | **$3,889.25** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**      **$6,311.84**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:       Investments**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(If known)* **19-50045** |
|--------|---------------------------------------|----------------------------------------|
|        | Name                                  |                                        |

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(If known)* **19-50045** |
|---|---|---|
| | Name | |

---

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,311.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,311.84 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,311.84 |

**Fill in this information to identify the case:**

Debtor name    **Sleep Outfitters of Kentucky, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    **19-50045**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Sleep Outfitters of Kentucky, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known): **19-50045**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Bardstown City Schools**
**308 North Fifth Street**
**Bardstown, KY 40004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Barren County Sheriff**
**117 - 1B N Public Square**
**Glasgow, KY 42141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Boone County Fiscal Court**
**P.O. Box 457**
**Florence, KY 41022-0457**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Boone County PVA**
**P. O. Box 388**
**Burlington, KY 41005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Boyle County PVA**
**321 W Main Street, Courthouse**
**Danville, KY 40422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Boyle County Sheriff**
**321 W Main**
**Danville, KY 40422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Boyle County Tax Administrator s Office** | Check all that apply. | | |
| | **321 West Main Street, Rm 117** | ☐ Contingent | | |
| | **Boyle County Court House** | ☐ Unliquidated | | |
| | **Danville, KY 40422-1848** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Butch Love, Clark County Assessor** | Check all that apply. | | |
| | **Clark County Government Building** | ☐ Contingent | | |
| | **501 E. Court Avenue, Room 111** | ☐ Unliquidated | | |
| | **Jeffersonville, IN 47130** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **City Clerk** | Check all that apply. | | |
| | **City of Mt. Sterling** | ☐ Contingent | | |
| | **33 N Maysville Street** | ☐ Unliquidated | | |
| | **Mount Sterling, KY 40353** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **City of Bardstown** | Check all that apply. | | |
| | **Finance Department** | ☐ Contingent | | |
| | **220 N 5th Street** | ☐ Unliquidated | | |
| | **Bardstown, KY 40004** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Bowling Green**
**Department of Finance**
**PO Box 1410**
**Bowling Green, KY 42102-1410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Corbin**
**PO Box 1343**
**Corbin, KY 40702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Elizabethtown**
**Director of Finance**
**P.O. Box 550**
**Elizabethtown, KY 42702-0550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$693.62** | **$0.00** |
|---|---|---|---|---|

**City of Florence**
**P.O. Box 1327, Dept. 105**
**Florence, KY 41022-1327**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4876**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Frankfort**
**Finance Department**
**PO Box 697**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Frankfort Director of**
**Finance**
**License Fee Division**
**Municipal Building**
**P.O. Box 697**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Georgetown**
**City Clerk**
**100 Court Street**
**Georgetown, KY 40324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Glasgow**
**PO Box 278**
**Glasgow, KY 42142-0278**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Henderson**
**PO Box 716**
**Henderson, KY 42419**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Hopkinsville**
**PO Box 707**
**Hopkinsville, KY 42241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of London**
**501 South Main Street**
**London, KY 40741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Maysville**
**216 Bridge Street**
**Maysville, KY 41056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Morehead**
**Director of Finance**
**P.O. Box 490**
**Morehead, KY 40351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Morehead**
**314 Bridge Street**
**Morehead, KY 40351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Nicholasville**
**PO Box 590**
**Nicholasville, KY 40340-0590**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Owensboro**
**PO Box 638**
**Owensboro, KY 42302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,376.95** | **$0.00** |
|---|---|---|---|---|

**City of Paducah**
**P.O. Box 2697**
**Paducah, KY 42002-2697**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7089**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Paducah Finance Dept**
**PO Box 90**
**Paducah, KY 42002-0090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Richmond**
**PO Box 1268**
**Richmond, KY 40476-1268**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Russell**
**License Fee Division**
**P.O. Box 473**
**Russell, KY 41169-0473**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
| --- | --- | --- | --- |
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**City of Russell**
**PO Box 394**
**Russell, KY 41169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**City of Somerset**
**Tax Collector**
**PO Box 989**
**Somerset, KY 42502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**City of Winchester**
**Finance Department**
**32 Wall Street**
**PO Box 4135**
**Winchester, KY 40392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Clark County PVA**
**34 South Main Street, Courthouse**
**Winchester, KY 40391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Clark County Sheriff's Dept.**
**17 Cleveland Avenue**
**Winchester, KY 40391**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Clark County Treasurer**
**Clark County Court House**
**Winchester, KY 40391**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Danville Independent Schools**
**152 E Martin Luther King Blvd**
**Danville, KY 40422**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Daviess County PVA**
**212 St. Ann Street, Courthouse,**
**Room 102**
**Owensboro, KY 42303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Daviess County Sheriff**
**212 Saint Ann Street**
**Owensboro, KY 42303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Daviess County/Owensboro**
**Occupational Tax Administrator**
**P.O. Box 10008**
**Owensboro, KY 42302-9008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Fayette County Public Schools**
**Tax Collection Office**
**P O Box 55570**
**Lexington, KY 40555-5570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Fayette County PVA**
**101 E Vine Street, Phoenix Bldg,**
**Suite 6**
**Lexington, KY 40507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Floyd County Assessor**
**311 Hauss Square, Room B3**
**New Albany, IN 47150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Floyd County Treasurer**
**PO Box 2010**
**New Albany, IN 47151-2010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franklin County PVA**
**313 W Main St., Courthouse**
**Annex, Room 2**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Fred Shortridge**
**Montgomery County Sheriff**
**1 Court Street, Suite 4**
**Mount Sterling, KY 40353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | | Case number *(if known)* | **19-50045** |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgetown/Scott County**
**Revenue Commission**
**P.O. Box 800**
**Georgetown, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Greenup County PVA**
**301 Main Street, Courthouse Room**
**209, Bo**
**Greenup, KY 41144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Greenup County Sheriff**
**PO Box 318**
**Greenup, KY 41144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Hardin County PVA**
**P. O. Box 70**
**Elizabethtown, KY 42702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
| --- | --- | --- | --- |
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Hardin County Sheriff**
**150 N Provident Way, Suite 101**
**Elizabethtown, KY 42701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Henderson County PVA**
**P. O. Box 2003**
**Henderson, KY 42419-2003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Henderson County Sheriff**
**20 North Main Street, Suite 112**
**Henderson, KY 42420**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Henderson Tax Administrator**
**P.O. Box 671**
**Henderson, KY 42419-0671**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$263.50** | **$0.00** |
|---|---|---|---|---|

| 2.55 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br><br>**Springfield, IL 62726-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$263.50** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6146**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**P.O. Box 7218**<br>**Indianapolis, IN 46207-7218** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,890.95** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1900**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address<br>**Jefferson County PVA**<br>**Glassworks Building, 815 W**<br>**Market St, Su**<br>**Louisville, KY 42020-2654** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

| Debtor | Sleep Outfitters of Kentucky, LLC | Case number (if known) | 19-50045 |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jefferson County Sheriff's Office**
**PO Box 34570**
**Louisville, KY 40232-4570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jerry Gaines**
**Warren County Sheriff**
**PO Box 807**
**Bowling Green, KY 42102-0807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jessamine County Occupational**
**Tax Office**
**105 Court Row**
**Nicholasville, KY 40356**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jessamine County PVA**
**P.O. Box 530**
**Nicholasville, KY 40340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Sleep Outfitters of Kentucky, LLC | Case number (if known) | 19-50045 |
|---|---|---|---|
| | Name | | |

**2.63** | Priority creditor's name and mailing address

**Jessamine County Sheriff's Office**
**Kevin Corman, Sheriff**
**101 S 2nd St, Suite A**
**Nicholasville, KY 40356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address

**John Root, Sheriff**
**203 South Broad Street**
**London, KY 40741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address

**Kentucky Department of Revenue**
**Legal Support Branch**
**P O Box 5222**
**Frankfort, KY 40602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100,595.76    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7761**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address

**Knox County Fee Administrator**
**P.O. Box 177**
**Barbourville, KY 40906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Knox County PVA**
**P. O. Box 1509**
**Barbourville, KY 40906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Knox County Sheriff**
**234 Court Square**
**Barbourville, KY 40906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**KY Office of the Secretary of State**
**Filings Branch**
**700 Capital Ave**
**P.O. Box 718**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Laurel County Occupational Tax**
**Office**
**Tax Administrator**
**P.O. Box 650**
**London, KY 40743-0650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Laurel County PVA**
**101 S. Main Street, Courthouse,**
**Room 127**
**London, KY 40741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Lexington-Fayette Urban County**
**Governmen**
**Division of Revenue**
**200 East Main St.**
**Lexington, KY 40507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Livy Leavell Jr.**
**Christian County Sheriff**
**216 W 7th Street**
**Hopkinsville, KY 42240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Louisville Metro Revenue**
**Commission**
**617 W. Jefferson St.**
**Louisville, KY 40202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Madison County PVA**
**135 W. Irvine Street, Suite 103**
**Richmond, KY 40475**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Madison County Sheriff**
**135 West Irvine St., Suite B01**
**Richmond, KY 40475**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Mason County PVA**
**220  Sutton Street**
**Maysville, KY 41056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**McCracken County PVA**
**621 Washington St., Courthouse**
**Annex**
**Paducah, KY 42003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Sleep Outfitters of Kentucky, LLC | Case number *(if known)* | 19-50045 |
|--------|-----------------------------------|--------------------------|----------|
|        | Name                              |                          |          |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|--------|--------|--------|--------|

**McCracken County Tax Administrator**
**P.O. Box 2658**
**Paducah, KY 42002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|--------|--------|--------|--------|

**Michael Helmig**
**Boone County Sheriff**
**PO Box 198**
**Burlington, KY 41005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|--------|--------|--------|--------|

**Mike Armstrong, Sheriff**
**501 Main Street, Suite 8**
**Shelbyville, KY 40065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|--------|--------|--------|--------|

**Montgomery County PVA**
**44 W. Main St., Courthouse Annex, Suite**
**Mount Sterling, KY 40353**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Montgomery County Treasurer**
**44 West Main Street**
**Mount Sterling, KY 40353**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Nelson County**
**Occupational License**
**One Court Square, Suite 202**
**P.O. Box 578**
**Bardstown, KY 40004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Nelson County PVA**
**113 E Stephen Foster**
**Bardstown, KY 40004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Nelson County Sheriff's Office**
**210 Nelson County Plaza**
**Bardstown, KY 40004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of the Fayette County Sheriff**
**PO Box 34148**
**Lexington, KY 40588**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pat Melton**
**Franklin County Sheriff**
**PO Box 5260**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Patrick Boggs**
**Mason County Sheriff**
**PO Box 502**
**Maysville, KY 41056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pulaski County PVA**
**P. O. Box 110**
**Somerset, KY 42502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Pulaski County Sheriff**
**PO Box 752**
**Somerset, KY 42502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Pulaski County Tax Administrator**
**P.O. Box 658**
**Somerset, KY 42502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Rowan County Licensing**
**Department**
**P.O. Box 607**
**Morehead, KY 40351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Rowan County PVA**
**600 W. Main Street, Courthouse**
**Morehead, KY 40351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Rowan County Sheriff**
**600 West Main Street**
**Morehead, KY 40351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Scott County PVA**
**101 E Main Street, Courthouse,**
**Suite 206**
**Georgetown, KY 40324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Shelby County Occupational**
**License Fee O**
**215 Washington Street**
**Shelbyville, KY 40065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Shelby County PVA**
**621 Washington St., Courthouse**
**Annex**
**Shelbyville, KY 40065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**2.99** Priority creditor's name and mailing address
**Tony Hampton, Sheriff**
**120 N Hamilton Street**
**Georgetown, KY 40324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.100** Priority creditor's name and mailing address
**Warren County PVA**
**P. O. Box 1269**
**Bowling Green, KY 42102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Advanced Disposal Services**
**P O Box 74008047**
**Chicago, IL 60674-8047**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$142.67

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Waste Service  - Utility Service**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Appalachian Power**
**P O Box 371496**
**Pittsburgh, PA 15250**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$186.20

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Electric - Utility Service**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Atmos Energy**
**P O Box 790311**
**St. Louis, MO 63179-0311**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,282.39

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Gas - Utility Service**

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,203.00** |
|---|---|---|
| **B.C. Wood Properties** **Jason Gentner** **1020 Industry Rd.** **Lexington, KY 40505** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Lease - 5711 PRESTON HWY LOUISVILLE KY 40219** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,509.11** |
|---|---|---|
| **Bayer Properties** **Mary Beyer Lell** **2222 Arlington Ave.** **Birmingham, AL 35205** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Lease - 10519 Fischer Park Drive Louisville KY 40241** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,392.00** |
|---|---|---|
| **BGP ECKSTEIN, LLC** **Shimon Eckstein** **60 Broad Street** **New York, NY 10004** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Lease - 1689 Campbell Lane Bowling Green  KY 42104** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$623.94** |
|---|---|---|
| **Bowling Green Municipal Utilities** **P O  Box 10300** **Bolwing Green, KY 42102** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Electric, Water & Sewer - Utility Service** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|
| **BRG East, LLC** **Russell Gay** **PO Box 2472** **Clarksville, IN 47131-2472** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Lease - 10490 Westport Rd. Louisville KY 40241** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,818.58** |
|---|---|---|
| **Brixmor Property Group** **John Hoyer** **953 Hempstead Rd** **Cincinnati, OH 45230** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Lease - 12000 Aiken Road Louisville KY 40243** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,230.69** |
|---|---|---|
| **Brown Family Enterprises** **Danny Brown** **P.O. Box 72658** **Louisville, KY 40272** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Lease - 6515 Dixie Highway Louisville KY 40216** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,487.00** |
|---|---|---|---|

**c/o CWCapital Asset Management
Demetrios Morakis
7501 Wisconsin Ave, West Suite 500
Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease - 2303 Woodhill Drive Lexington KY 40509**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,375.00** |
|---|---|---|---|

**Chase Properties
Stacy Dorsey
3333 Richmond Rd, Suite: 320
Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease - 14659 US Highway 25, SE, Unit 2 Corbin KY 40701**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.84** |
|---|---|---|---|

**City of Chattanooga Waste Resources Divi
P O Box 591
Chattanooga, TN 37401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Waste Service - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.19** |
|---|---|---|---|

**City of Danville
445 West Main Street
Danville, KY 40422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sewer, Water - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.45** |
|---|---|---|---|

**City of Nicholasville
601 N Main Street
Nicholasville, KY 40340-0450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sewer - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.89** |
|---|---|---|---|

**City of Richmond (Richmond Utilities)
P O Box 700
Richmond, KY 40476-1268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Water - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.71** |
|---|---|---|---|

**City of Somerset
P O Box 989
Somerset, KY 42502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Water/Sewer - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,686.05** |
|---|---|---|---|

**Coleman Group**
**Bob Coleman**
**710 E Main Street  Suite 130**
**Lexington, KY 40502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 2900 South Danville Bypass Danville KY 40422**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,063.86** |
|---|---|---|---|

**Columbia Gas**
**P O Box 745210**
**Cincinnati, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$367.51** |
|---|---|---|---|

**Columbia Gas**
**P O Box 742523**
**Cincinnati, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,803.04** |
|---|---|---|---|

**Community Trust & Investment Company**
**Andy Waters**
**100 E. Vine Street**
**Lexington, KY 40507**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 7619 Shelbyville Road Louisville KY 40207**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.44** |
|---|---|---|---|

**Corbin Utilities**
**P O Box  1350**
**Corbin, KY 40702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas, Water, Sewer - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,866.67** |
|---|---|---|---|

**Cypress Property Group, LLC**
**David R. Graves**
**270 South Limestone**
**Lexington, KY 40508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 115 Lee Avenue Pikeville KY 41501**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,971.55** |
|---|---|---|---|

**Cypress Property Group, LLC**
**David R. Graves**
**270 South Limestone**
**Lexington, KY 40508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 1146 Barnes Mill Rd. Richmond KY 40475**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $6,622.72 |
| | **Dahlem Enterprises, Inc.** | ☐ Contingent |
| | **Charles Dahlem** | ☐ Unliquidated |
| | **1531 Ormsby Station Ct.** | ☐ Disputed |
| | **Louisville, KY 40223** | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lease - 8115 Bardstown Road Louisville KY 40291** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $3,025.00 |
| | **DCO, LLC** | ☐ Contingent |
| | **Tommy Downs** | ☐ Unliquidated |
| | **129 W. John Rowan Blvd.** | ☐ Disputed |
| | **Bardstown, KY 40004** | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lease - 129 1/2 W. John Rowan Blvd Bardstown KY 40004** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $195.06 |
| | **Delta Natural Gas** | ☐ Contingent |
| | **P O Box 378** | ☐ Unliquidated |
| | **Nicholasville, KY 40340** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Gas - Utility Service** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $189.53 |
| | **Delta Natural Gas** | ☐ Contingent |
| | **3617 Lexington Road** | ☐ Unliquidated |
| | **Winchester, KY 40391** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Gas - Utility Service** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $4,064.60 |
| | **DeVille Development** | ☐ Contingent |
| | **Robert Brown** | ☐ Unliquidated |
| | **3951 Convenience Circle** | ☐ Disputed |
| | **Canton, OH 44718** | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lease - 179 WalMart Way Outlot C Maysville KY 40156** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,837.42 |
| | **Douglas Loop Station LLC** | ☐ Contingent |
| | **Terry Carter** | ☐ Unliquidated |
| | **7909 Farm Spring Drive** | ☐ Disputed |
| | **Prospect, KY 40059** | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lease - 1621 Midland Trail Ste: 1615 Shelbyville KY 40065** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $25.16 |
| | **Elizabethtown Water & Gas** | ☐ Contingent |
| | **P O Box 550** | ☐ Unliquidated |
| | **Elizabethtown, KY 42702** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Gas - Utility Service** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Equity Management Group**
**Jason Taylor**
**840 East High St**
**Lexington, KY 40502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$6,360.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 130 W Tiverton Way, S. 180 Lexington KY 40503**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**

**Evans Property Management, LLC**
**Chad Evans**
**2003 Eastern Parkway, Ste 1**
**Louisville, KY 40204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$15,003.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 5009 Mud Lane suite: 101 Louisville KY 40229**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**

**Frankfort Plant Board**
**317 W 2nd Street**
**Frankfort, KY 40601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$738.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electric - Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**

**Fred Macke, Jr.**
**425 Walnut Street**
**Cincinnati, OH 45202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$17,839.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 7961 Mall Road Cincinnati OH 41042**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**

**Georgetown Municipal Water**
**P O Box 640**
**Georgetown, KY 40324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$32.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water - Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**

**Hardin County Water**
**P O Box 970**
**Elizabethtown, KY 42702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$30.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water - Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

**Hauppauge Properties LLC**
**Angela Acosta**
**1975 Hempstead Tpke, 309**
**East Meadow, NY 11554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$3,584.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 221 Indian Mound Drive Mt. Sterling KY 40353**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,427.50**

**Hogan Real Estate**
**Sean Turner**
**9300 Shelbyville Road**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease - 2630 US HWY 41 Ste: B Henderson KY 42420**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171.98**

**Hopkinsville  Water**
**401 East Ninth Street**
**Hopkinsville, KY 42240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water - Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377.93**

**Hopkinsville Electric System**
**1820 E 9th Street**
**Hopkinsville, KY 42241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electric - Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38.71**

**Jeffersonville Sewer Dept**
**P O Box 1588**
**Jeffersonville, IN 47131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sewer - Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.20**

**Jessamine Co Water**
**2225 Lexington Road**
**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water - Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,328.76**

**Jordan Enterprises, Inc.**
**Cheri McMullin**
**400 Old Vine Street**
**Lexington, KY 40507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease - 121 Bryant Drive Nicholasville KY 40356**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$493.13**

**Kenergy**
**P O Box 1389**
**Owensboro, KY 42302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electric - Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.94**

**Kentucky American Water Co**
P O Box 790247
St. Louis, MO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Water - Utility Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,149.33**

**Kroger Center Morehead, LLC**
MICHELLE KIDD
2170 W SR 434 STE 250
LONGWOOD, FL 32779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lease - 272 Kroger Center Morehead KY 40351__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,940.85**

**KU**
P O Box 9001954
Louisville, KU 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Electric - Utility Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,691.09**

**KU Energy**
P O Box 14242
Lexington, KY 40512-4242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Electric - Utility Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,157.27**

**Laurie 1025, LLC**
Chad Voelkert
404 Greenbriar Rd
Lexington, KY 40503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lease - 131 Edwards Avenue Georgetown KY 40324__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.97**

**Lexington-Fayette Urban County Governmen**
P O Box 790247
St. Louis, MO 63179-0247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Sewer - Utility Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.07**

**Lexington-Fayette Urban County Governmen**
P O Box 34090
Lexington, KY 40588-4090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Sewer - Utility Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,604.68**

**LG&E**
**P O Box 9001960**
**Louisville, KY 40290-1060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Electric - Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,574.89**

**Louisville Water Company**
**550 South Third Street**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Water - Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,083.00**

**McShurley Enterprises, LLC**
**Jay McShurley**
**126 N. Maple St.**
**Somerset, KY 42501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lease - 2615 S. Highway 27 Somerset KY 42501__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,502.13**

**MonPower**
**P O Box 3615**
**Akron, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Electric - Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112.32**

**Morehead City of Utility Pland Board**
**135 South Wilson Avenue**
**Morehead, KY 40351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Water,Sewer - Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,177.41**

**N3 Real Estate**
**Amanda Anderton**
**1240 N. Kimball Avenue**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lease - 5040 Fredrica St. Owensboro KY 42301__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,587.00**

**Nicklies Development**
**Charlie Nicklies**
**6060 Dutchmans Lane, Suite 110**
**Louisville, KY 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lease - 2131 S. Hurstbourne PKWY Louisville KY 40220__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.33 |
|---|---|---|---|

**Paducah Water**
**P O Box 2477**
**Paducah, KY 42002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Water/Sewer/Waste Service - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,370.13 |
|---|---|---|---|

**Quickland LLC**
**Sheryl Smith**
**360 N. Main Street**
**London, KY 40741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lease - 1698 W. 192 ByPass London KY 40741**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,773.67 |
|---|---|---|---|

**Republic Services**
**P O Box 9001099**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Waste Service - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,956.00 |
|---|---|---|---|

**Rosenstein Developement**
**Jeff England**
**343 Waller Avenue, Suite 100**
**Lexington, KY 40504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lease - 2398 Nicholasville Rd. Lexington KY 40503**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.28 |
|---|---|---|---|

**Rumpke**
**P O Box 538710**
**Cincinnati, OH 45253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Waste Service - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.53 |
|---|---|---|---|

**Scott Waste Service**
**P O Box 742695**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Waste Service - Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,645.35 |
|---|---|---|---|

**SO Dayton, LLC**
**David Graves**
**270 S Limestone Street**
**Lexington, KY 40508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lease - 1617 Dixie Highway Elizabethtown KY 42071**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (*if known*) | **19-50045** |
|---|---|---|---|
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,844.90**

**So Ventures I, UC. c/o Cypress Prop. Gro**
**David Graves**
**270 South Limestone**
**Lexington, KY 40508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease - 12540 US-60 Ashland KY 41102**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$674.12**

**Southern Public Service**
**P O Box 9001954**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electric - Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,360.46**

**TATM I,  LLC**
**Chad Voelkert**
**811 Corporate Dr. Suite 101**
**Lexington, KY 40503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease - 1760 Harrodsburg Road Lexington KY 40504**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,652.78**

**TATM I, LLC**
**c/o Jacob K. Michul, Esq.**
**Bingham Greenebaum Doll LLP**
**300 W. Vine St, Ste 1200**
**Lexington, KY 40507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent at 1760 Harrodsburg Road, Lexington, KY 40504**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.98**

**Tennessee American Water**
**P O Box 790247**
**St. Louis, MO 63179-0247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water - Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$471.03**

**The City of Henderson**
**P O Box 716**
**Henderson, KY 42419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electric, Gas, Water - Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,175.00**

**The Webb Companies**
**Bob Chaffins**
**250 West Main Street**
**Lexington, KY 40507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease - 1101 Georgetown Rd. Lexington KY 40511**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Sleep Outfitters of Kentucky, LLC** | | Case number (if known) | **19-50045** |
|---|---|---|---|---|
| | Name | | | |

---

**3.74**

**Nonpriority creditor's name and mailing address**

The Webb Companies
Carter Miller
250 W Main Street, Suite 3000
Lexington, KY 40507

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$6,407.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 539 W. New Circle Road Lexington KY 40511**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**

United Bank
500 Virgina St East
Charleston, WV 25301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**

Urban Retail Properties, LLC.
Roberta Hamer
178 Winchester Court
Clifton, NJ 07013

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,569.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 752 E Lewis and Clark Pkwy Clarksville IN 47130**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.77**

**Nonpriority creditor's name and mailing address**

Valley Road Properties,  LLC
George Sirk
821 Broadway
Paducah, KY 42001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$20,611.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 2875 James Sanders Blvd Paducah KY 42001**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.78**

**Nonpriority creditor's name and mailing address**

Waste Management of KY
P O Box 9001054
Louisville, KY 40290

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$685.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Waste Services - Utility Service**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.79**

**Nonpriority creditor's name and mailing address**

Wellington Way, LLC
Mindy Jump
148 Malabu Drive
Lexington, KY 40503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$16,301.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 1056 Wellington Way Suite 200 Lexington KY 40513**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.80**

**Nonpriority creditor's name and mailing address**

WilPlaza, LLC
Florence Clendenen
4914 Meadow Run Dr.
Hillard, OH 43026

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,128.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - 363 Versailles Road Frankfort 2 KY 40601**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number (if known) | **19-50045** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.22** |
|---|---|---|---|

**Windstream**
**P O Box 9001908**
**Louisville, KY 40290-1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Phone - Utility Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **114,820.78** |
| **5b. Total claims from Part 2** | 5b. + | $ | **391,024.71** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **505,845.49** |

**Fill in this information to identify the case:**

Debtor name    **Sleep Outfitters of Kentucky, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    **19-50045**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 5711 PRESTON HWY LOUISVILLE KY 40219** | |
| | State the term remaining | **CLOSED** | **B.C. Wood Properties Jason Gentner 1020 Industry Rd. Lexington, KY 40505** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 10519 Fischer Park Drive Louisville KY 40241** | |
| | State the term remaining | **12/31/2020** | **Bayer Properties Mary Beyer Lell 2222 Arlington Ave. Birmingham, AL 35205** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1689 Campbell Lane Bowling Green KY 42104** | |
| | State the term remaining | **10/31/2021** | **BGP ECKSTEIN, LLC Shimon Eckstein 60 Broad Street New York, NY 10004** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 10490 Westport Rd. Louisville KY 40241** | |
| | State the term remaining | **1/31/2019** | **BRG East, LLC Russell Gay PO Box 2472 Clarksville, IN 47131-2472** |
| | List the contract number of any government contract | | |

Debtor 1  **Sleep Outfitters of Kentucky, LLC**                                              Case number *(if known)*   **19-50045**
　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 12000 Aiken Road Louisville KY 40243** | |
|---|---|---|---|
| | State the term remaining | **12/31/2018** | **Brixmor Property Group** **John Hoyer** **953 Hempstead Rd** **Cincinnati, OH 45230** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 6515 Dixie Highway Louisville KY 40216** | |
|---|---|---|---|
| | State the term remaining | **4/30/2020** | **Brown Family Enterprises** **Danny Brown** **P.O. Box 72658** **Louisville, KY 40272** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2303 Woodhill Drive Lexington KY 40509** | |
|---|---|---|---|
| | State the term remaining | **4/30/2028** | **c/o CWCapital Asset Management** **Demetrios Morakis** **7501 Wisconsin Ave, West Suite 500** **Bethesda, MD 20814** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 14659 US Highway 25, SE, Unit 2 Corbin KY 40701** | |
|---|---|---|---|
| | State the term remaining | **9/30/2019** | **Chase Properties** **Stacy Dorsey** **3333 Richmond Rd, Suite: 320** **Beachwood, OH 44122** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2900 South Danville Bypass Danville KY 40422** | |
|---|---|---|---|
| | State the term remaining | **8/31/2019** | **Coleman Group** **Bob Coleman** **710 E Main Street  Suite 130** **Lexington, KY 40502** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 7619 Shelbyville Road Louisville KY 40207** | |
|---|---|---|---|
| | State the term remaining | **6/30/2020** | **Community Trust & Investment Company** **Andy Waters** **100 E. Vine Street** **Lexington, KY 40507** |
| | List the contract number of any | | |

| Debtor 1 | **Sleep Outfitters of Kentucky, LLC** | | Case number *(if known)* | **19-50045** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 115 Lee Avenue Pikeville KY 41501** | |
| | State the term remaining | 7/31/2027 | **Cypress Property Group, LLC David R. Graves 270 South Limestone Lexington, KY 40508** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1146 Barnes Mill Rd. Richmond KY 40475** | |
| | State the term remaining | 9/30/2024 | **Cypress Property Group, LLC David R. Graves 270 South Limestone Lexington, KY 40508** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 8115 Bardstown Road Louisville KY 40291** | |
| | State the term remaining | 3/31/2020 | **Dahlem Enterprises, Inc. Charles Dahlem 1531 Ormsby Station Ct. Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 129 1/2 W. John Rowan Blvd Bardstown KY 40004** | |
| | State the term remaining | 2/28/2019 | **DCO, LLC Tommy Downs 129 W. John Rowan Blvd. Bardstown, KY 40004** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 179 WalMart Way Outlot C Maysville KY 40156** | |
| | State the term remaining | 2/28/2023 | **DeVille Development Robert Brown 3951 Convenience Circle Canton, OH 44718** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1621 Midland Trail Ste: 1615 Shelbyville KY 40065** | **Douglas Loop Station LLC Terry Carter 7909 Farm Spring Drive Prospect, KY 40059** |

| Debtor 1 | **Sleep Outfitters of Kentucky, LLC** | | | Case number *(if known)* | **19-50045** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining   **M2M** | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 130 W Tiverton Way, S. 180 Lexington KY 40503** | |
|---|---|---|---|
| | State the term remaining | **6/30/2019** | **Equity Management Group Jason Taylor 840 East High St Lexington, KY 40502** |
| | List the contract number of any government contract | _____ | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 5009 Mud Lane suite: 101 Louisville KY 40229** | |
|---|---|---|---|
| | State the term remaining | **M2M** | **Evans Property Management, LLC Chad Evans 2003 Eastern Parkway, Ste 1 Louisville, KY 40204** |
| | List the contract number of any government contract | _____ | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 7961 Mall Road Cincinnati OH 41042** | |
|---|---|---|---|
| | State the term remaining | **1/31/2025** | **Fred Macke, Jr. 425 Walnut Street Cincinnati, OH 45202** |
| | List the contract number of any government contract | _____ | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2943 Ft. Campbell Blvd. Hopkinsville KY 42240** | |
|---|---|---|---|
| | State the term remaining | **12/31/2018** | **G & N Investments, LLC Christopher Gibson 564 Eastern Boulevard Clarksville, IN 47129** |
| | List the contract number of any government contract | _____ | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 221 Indian Mound Drive Mt. Sterling KY 40353** | |
|---|---|---|---|
| | State the term remaining | **M2M** | **Hauppauge Properties LLC Angela Acosta 1975 Hempstead Tpke, 309 East Meadow, NY 11554** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **Sleep Outfitters of Kentucky, LLC** | | Case number (*if known*) | **19-50045** |
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2630 US HWY 41 Ste: B Henderson KY 42420** | |
|---|---|---|---|
| | State the term remaining | **6/30/2022** | **Hogan Real Estate**<br>**Sean Turner**<br>**9300 Shelbyville Road**<br>**Louisville, KY 40222** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 121 Bryant Drive Nicholasville KY 40356** | |
|---|---|---|---|
| | State the term remaining | **10/31/2020** | **Jordan Enterprises, Inc.**<br>**Cheri McMullin**<br>**400 Old Vine Street**<br>**Lexington, KY 40507** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Royalties** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Karrie Beth Knopf 2002 Children's Gift Trust**<br>**115 Old Cassidy Ave**<br>**Lexington, KY 40502** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Royalties** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Kristen Knopf 2002 Children's Gift Trust**<br>**135 East Ridge Road**<br>**Charleston, WV 25314** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 272 Kroger Center Morehead KY 40351** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **Kroger Center Morehead, LLC**<br>**MICHELLE KIDD**<br>**2170 W SR 434 STE 250**<br>**LONGWOOD, FL 32779** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 131 Edwards Avenue Georgetown KY 40324** | |
|---|---|---|---|
| | State the term remaining | **3/31/2021** | **Laurie 1025, LLC**<br>**Chad Voelkert**<br>**404 Greenbriar Rd**<br>**Lexington, KY 40503** |
| | List the contract number of any | | |

Debtor 1  **Sleep Outfitters of Kentucky, LLC**
First Name      Middle Name      Last Name

Case number (*if known*)  **19-50045**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2615 S. Highway 27 Somerset KY 42501** | |
|---|---|---|---|
| | State the term remaining | 5/31/2021 | **McShurley Enterprises, LLC**<br>**Jay McShurley**<br>**126 N. Maple St.**<br>**Somerset, KY 42501** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 5040 Fredrica St. Owensboro KY 42301** | |
|---|---|---|---|
| | State the term remaining | 9/30/2024 | **N3 Real Estate**<br>**Amanda Anderton**<br>**1240 N. Kimball Avenue**<br>**Southlake, TX 76092** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2131 S. Hurstbourne PKWY Louisville KY 40220** | |
|---|---|---|---|
| | State the term remaining | 1/31/2024 | **Nicklies Development**<br>**Charlie Nicklies**<br>**6060 Dutchmans Lane, Suite 110**<br>**Louisville, KY 40205** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1698 W. 192 ByPass London KY 40741** | |
|---|---|---|---|
| | State the term remaining | 8/31/2020 | **Quickland LLC**<br>**Sheryl Smith**<br>**360 N. Main Street**<br>**London, KY 40741** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2398 Nicholasville Rd. Lexington KY 40503** | |
|---|---|---|---|
| | State the term remaining | 12/31/2026 | **Rosenstein Developement**<br>**Jeff England**<br>**343 Waller Avenue, Suite 100**<br>**Lexington, KY 40504** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1617 Dixie Highway Elizabethtown KY 42071** | **SO Dayton, LLC**<br>**David Graves**<br>**270 S Limestone Street**<br>**Lexington, KY 40508** |
|---|---|---|---|

| Debtor 1 | **Sleep Outfitters of Kentucky, LLC** | | | Case number *(if known)* | **19-50045** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| | State the term remaining | **4/30/2026** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 12540 US-60 Ashland KY 41102** | |
|---|---|---|---|
| | State the term remaining | **9/30/2024** | **So Ventures I, UC. c/o Cypress Prop. Gro David Graves 270 South Limestone Lexington, KY 40508** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1760 Harrodsburg Road Lexington KY 40504** | |
|---|---|---|---|
| | State the term remaining | **5/31/2022** | **TATM I, LLC Chad Voelkert 811 Corporate Dr. Suite 101 Lexington, KY 40503** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1101 Georgetown Rd. Lexington KY 40511** | |
|---|---|---|---|
| | State the term remaining | **8/31/2021** | **The Webb Companies Bob Chaffins 250 West Main Street Lexington, KY 40507** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 539 W. New Circle Road Lexington KY 40511** | |
|---|---|---|---|
| | State the term remaining | **5/1/2022** | **The Webb Companies Carter Miller 250 W Main Street, Suite 3000 Lexington, KY 40507** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 752 E Lewis and Clark Pkwy Clarksville IN 47130** | |
|---|---|---|---|
| | State the term remaining | **10/31/2018** | **Urban Retail Properties, LLC. Roberta Hamer 178 Winchester Court Clifton, NJ 07013** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Sleep Outfitters of Kentucky, LLC** | | Case number *(if known)* | **19-50045** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2875 James Sanders Blvd Paducah KY 42001** | |
|---|---|---|---|
| | State the term remaining | **4/30/2022** | **Valley Road Properties,  LLC**<br>**George Sirk**<br>**821 Broadway**<br>**Paducah, KY 42001** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1056 Wellington Way Suite 200 Lexington KY 40513** | |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | **Wellington Way, LLC**<br>**Mindy Jump**<br>**148 Malabu Drive**<br>**Lexington, KY 40503** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1140 Bypass Road Winchester KY 40391** | |
|---|---|---|---|
| | State the term remaining | **5/30/2027** | **WHITE REACH DEVELOPMENT**<br>**R. Stephen Reach**<br>**201 W Short Street**<br>**Lexington, KY 40507** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 363 Versailles Road Frankfort 2 KY 40601** | |
|---|---|---|---|
| | State the term remaining | **2/28/2019** | **WilPlaza, LLC**<br>**Florence Clendenen**<br>**4914 Meadow Run Dr.**<br>**Hillard, OH 43026** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sleep Outfitters of Kentucky, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    **19-50045**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Innovative Mattress Solutions** | | **BGP ECKSTEIN, LLC** | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |
| 2.2 | **Innovative Mattress Solutions** | | **BRG East, LLC** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |
| 2.3 | **Innovative Mattress Solutions** | | **Brixmor Property Group** | ☐ D _____ <br> ■ E/F __3.9__ <br> ☐ G _____ |
| 2.4 | **Innovative Mattress Solutions** | | **Chase Properties** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.5 | **Innovative Mattress Solutions** | | **Community Trust & Investment Company** | ☐ D _____ <br> ■ E/F __3.21__ <br> ☐ G _____ |

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
| --- | --- | --- | --- |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | | |
| --- | --- | --- | --- | --- |
| 2.6 | **Innovative Mattress Solutions** | **Cypress Property Group, LLC** | ☐ D _____ ■ E/F **3.23** ☐ G _____ |
| 2.7 | **Innovative Mattress Solutions** | **Cypress Property Group, LLC** | ☐ D _____ ■ E/F **3.24** ☐ G _____ |
| 2.8 | **Innovative Mattress Solutions** | **Douglas Loop Station LLC** | ☐ D _____ ■ E/F **3.30** ☐ G _____ |
| 2.9 | **Innovative Mattress Solutions** | **Evans Property Management, LLC** | ☐ D _____ ■ E/F **3.33** ☐ G _____ |
| 2.10 | **Innovative Mattress Solutions** | **Hogan Real Estate** | ☐ D _____ ■ E/F **3.39** ☐ G _____ |
| 2.11 | **Innovative Mattress Solutions** | **Jordan Enterprises, Inc.** | ☐ D _____ ■ E/F **3.44** ☐ G _____ |
| 2.12 | **Innovative Mattress Solutions** | **Laurie 1025, LLC** | ☐ D _____ ■ E/F **3.50** ☐ G _____ |
| 2.13 | **Innovative Mattress Solutions** | **McShurley Enterprises, LLC** | ☐ D _____ ■ E/F **3.55** ☐ G _____ |

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2.14 | **Innovative Mattress Solutions** | **N3 Real Estate** | ☐ D _____<br>■ E/F ___**3.58**___<br>☐ G _____ |
| 2.15 | **Innovative Mattress Solutions** | **Nicklies Development** | ☐ D _____<br>■ E/F ___**3.59**___<br>☐ G _____ |
| 2.16 | **Innovative Mattress Solutions** | **Rosenstein Developement** | ☐ D _____<br>■ E/F ___**3.63**___<br>☐ G _____ |
| 2.17 | **Innovative Mattress Solutions** | **So Ventures I, UC. c/o Cypress Prop. Gro** | ☐ D _____<br>■ E/F ___**3.67**___<br>☐ G _____ |
| 2.18 | **Innovative Mattress Solutions** | **TATM I,  LLC** | ☐ D _____<br>■ E/F ___**3.69**___<br>☐ G _____ |
| 2.19 | **Innovative Mattress Solutions** | **The Webb Companies** | ☐ D _____<br>■ E/F ___**3.73**___<br>☐ G _____ |
| 2.20 | **Innovative Mattress Solutions** | **The Webb Companies** | ☐ D _____<br>■ E/F ___**3.74**___<br>☐ G _____ |
| 2.21 | **Innovative Mattress Solutions** | **Valley Road Properties,  LLC** | ☐ D _____<br>■ E/F ___**3.77**___<br>☐ G _____ |

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|

| 2.22 | **Innovative Mattress Solutions** | **BGP ECKSTEIN, LLC** | ☐ D _____<br>☐ E/F _____<br>▮ G  **2.3** |
| 2.23 | **Innovative Mattress Solutions** | **BRG East, LLC** | ☐ D _____<br>☐ E/F _____<br>▮ G  **2.4** |
| 2.24 | **Innovative Mattress Solutions** | **Brixmor Property Group** | ☐ D _____<br>☐ E/F _____<br>▮ G  **2.5** |
| 2.25 | **Innovative Mattress Solutions** | **Chase Properties** | ☐ D _____<br>☐ E/F _____<br>▮ G  **2.8** |
| 2.26 | **Innovative Mattress Solutions** | **Community Trust & Investment Company** | ☐ D _____<br>☐ E/F _____<br>▮ G  **2.10** |
| 2.27 | **Innovative Mattress Solutions** | **Cypress Property Group, LLC** | ☐ D _____<br>☐ E/F _____<br>▮ G  **2.11** |
| 2.28 | **Innovative Mattress Solutions** | **Cypress Property Group, LLC** | ☐ D _____<br>☐ E/F _____<br>▮ G  **2.12** |
| 2.29 | **Innovative Mattress Solutions** | **Douglas Loop Station LLC** | ☐ D _____<br>☐ E/F _____<br>▮ G  **2.16** |

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|

�oooo **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | | |
|---|---|---|---|
| 2.30 **Innovative Mattress Solutions** | **Evans Property Management, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.18__ | |
| 2.31 **Innovative Mattress Solutions** | **Hogan Real Estate** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.22__ | |
| 2.32 **Innovative Mattress Solutions** | **Jordan Enterprises, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.23__ | |
| 2.33 **Innovative Mattress Solutions** | **Laurie 1025, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.27__ | |
| 2.34 **Innovative Mattress Solutions** | **McShurley Enterprises, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.28__ | |
| 2.35 **Innovative Mattress Solutions** | **N3 Real Estate** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.29__ | |
| 2.36 **Innovative Mattress Solutions** | **Nicklies Development** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.30__ | |
| 2.37 **Innovative Mattress Solutions** | **Rosenstein Developement** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.32__ | |

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|
| 2.38 | **Innovative Mattress Solutions** | **So Ventures I, UC. c/o Cypress Prop. Gro** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.34___ |
| 2.39 | **Innovative Mattress Solutions** | **TATM I, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.35___ |
| 2.40 | **Innovative Mattress Solutions** | **The Webb Companies** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.36___ |
| 2.41 | **Innovative Mattress Solutions** | **The Webb Companies** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.37___ |
| 2.42 | **Innovative Mattress Solutions** | **Valley Road Properties, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.39___ |
| 2.43 | **Innovative Mattress Solutions** | **WHITE REACH DEVELOPMENT** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.41___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Sleep Outfitters of Kentucky, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)   **19-50045**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other  **P&L (net revenue not gross)** | $433,624.00 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other  **P&L (net revenue not gross)** | $26,942,336.00 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other  **P&L (net revenue not gross)** | $32,704,296.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **TATM I, LLC vs. Sleep Outfitters of Kentucky, LLC 18-CI-0045** | **Forcible Detainer** | **Fayette District Court District Civil** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **SOK LLC vs Commonwealth of KY, Finance and Adm Cabinet, Dept of Revenue K17-R-53** | **SOK TaxKY Claims /Ky Dept of Revenue** | **KY Claims /Ky Dept of Revenue 501 High Street Frankfort, KY 40602** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **Fredrick Kirchner vs SOK 17CI00586** | **Harassment** | **Madison County Circuit Court 101 W. Main Strreet PO Box 813 Richmond, KY 40475** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1000**

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
| --- | --- | --- |
| 14.1. | **Highland**<br>**2011 GRINSTEAD DRIVE #101**<br>**Louisville, KY 40216** | **10/26/2011 to 8/1/2016** |

Debtor  **Sleep Outfitters of Kentucky, LLC**                     Case number *(if known)*  **19-50045**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | **Paducah** **3236 IRVIN COBB DRIVE** **Paducah, KY 42003** | **2/10/2012 to 12/18/2016** |
| 14.3. | **Morehead** **272 Kroger Center** **Morehead, KY 40351** | **Nov-02 to 4/5/2017** |
| 14.4. | **Winchester** **1080 Bypass Road** **Winchester, KY 40391** | **10/29/2009 to 1/25/2018** |
| 14.5. | **Glasgow** **328 & 240 NO L ROGERS BLVD.** **SUITE 50 & 60** **Glasgow, KY 42141** | **7/20/2012 to 7/15/2018** |
| 14.6. | **Lawrenceburg** **1228 EADS PARKWAY** **Lawrenceburg, IN 47025** | **6/1/2007 to 7/24/2018** |
| 14.7. | **Indian Trail** **5711 PRESTON HIGHWAY** **Louisville, KY 40219** | **Feb-04 to 11/25/2018** |
| 14.8. | **Hopkinsville** **2943 Ft. Campbell Blvd.** **Hopkinsville, KY 42240** | **9/28/2012 to 12/16/2018** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Debtor has data on customer that may include: name, address, phone number, email address, credit information, credit card information etc. This information is subject to the debtor privacy policy**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* | **19-50045** |
|---|---|---|---|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **K.B. Associates INC DBA Mattress Warehouse 401K Profit Sharing Plan/American Funds** | EIN: **55-0802729** |

    Has the plan been terminated?

    ■ No

    ☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 5

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* **19-50045** |
|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ■ None

| Name and address | Date of service
From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Debtor | **Sleep Outfitters of Kentucky, LLC** | Case number *(if known)* **19-50045** |
|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. **United Bank**
**PO BOX 2373**
**Charleston, WV 25328**

26d.2. **Wells Fargo Financing**
**420 Montgomery Street**
**San Francisco, CA 94104**

26d.3. **Ryder**
**PO BOX 96723**
**Chicago, IL 60693**

26d.4. **First Data**
**P O BOX 2021**
**Englewood, CO 80150**

26d.5. **American Express**
**P O BOX 0001**
**Los Angeles, CA 90096**

26d.6. **TSI**
**PO BOX 202707**
**Dallas, TX 75320**

26d.7. **Wells Fargo Bank**
**420 Montgomery Street**
**San Francisco, CA 94104**

26d.8. **BB&T**
**PO BOX 580340**
**Charlotte, NC 28258**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. | | |

| Name and address of the person who has possession of inventory records |
|---|
| **SEE ATTACHMENT** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kim Knopf** | **135 East Ridge Road**<br>**Charleston, WV 25314** | **Managing Member** | **100%** |

Debtor    **Sleep Outfitters of Kentucky, LLC**                    Case number *(if known)*  **19-50045**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 25, 2019**

**/s/ Kimberly B. Knopf**                    **Kimberly B. Knopf**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

SOFA Part 11, Question 27 - Inventories - supervisor and dates of last two inventories

need to document ourr process

| Debtor Name | Inventory Supervisor | Name of Person in Possession of Inventory / Records | Address1 | Address2 | Address3 | City | State | Zip | Date of Inventory | Dollar Amount of Inventory and Basis (Cost, market or other basis) | DISTRICT | STORE | STORE NAME | LAST SCORE | LAST MONTH | PREVIOUS SCORE | PREVIOUS MONTH | LAST IAT VALUE | PREVIOUS IAT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDK | Danny Beckner | Kim Seagraves | 10490 Westport Rd. | | | Louisville | KY | 40241 | Mar-18 | 65,664 | 007 | 5M | WESTPORT ROAD | 96 | Mar-18 | 100 | Aug-17 | $ 65,664 | $ 66,686 |
| SDK | Danny Beckner | Kim Seagraves | 328 N L ROGERS WELLS BLVD | | | GLASGOW | KY | 42141 | Mar-18 | 53,000 | 015 | 4Y | GLASGOW (CLOSED) | 96 | Mar-18 | 96 | Dec-17 | $ 53,000 | $ 59,746 |
| SDK | Danny Beckner | Kim Seagraves | 7619 Shelbyville Road | | | Louisville | KY | 40207 | Aug-18 | 65,354 | 007 | 1S | SHELBYVILLE 2 | 96 | Aug-18 | 100 | Jan-18 | $ 65,354 | $ 71,912 |
| SDK | Danny Beckner | Kim Seagraves | 1689 Campbell Lane | | | Bowling Green | KY | 42104 | Dec-18 | 84,075 | 015 | 2Q | BOWLING GREEN | 42 | Dec-18 | 100 | Feb-18 | $ 84,075 | $ 89,105 |
| SDK | Danny Beckner | Kim Seagraves | 129 1/2 W. John Rowan Blvd | | | Bardstown | KY | 40004 | Dec-18 | 62,318 | 007 | 1J | BARDSTOWN | 92 | Dec-18 | 91 | Oct-18 | $ 62,318 | $ 62,406 |
| SDK | Danny Beckner | Kim Seagraves | 5009 Mud Lane suite: 101 | | | Louisville | KY | 40229 | Oct-18 | 61,436 | 007 | 5H | MUD LANE | 89 | Oct-18 | 55 | Sep-18 | $ 61,436 | $ 61,688 |
| SDK | Danny Beckner | Kim Seagraves | 5711 PRESTON HWY | | | LOUISVILLE | KY | 40219 | Nov-18 | 54,975 | 007 | 2S | INDIAN TRAIL (CLOSED) | 49 | Nov-18 | 59 | Sep-18 | $ 54,975 | $ 179,703 |
| SDK | Danny Beckner | Kim Seagraves | 2615 S. Highway 27 | | | Somerset | KY | 42501 | Aug-18 | 63,928 | 006 | 2V | SOMERSET | 91 | Aug-18 | 98 | Mar-18 | $ 63,928 | $ 70,465 |
| SDK | Danny Beckner | Kim Seagraves | 2875 James Sanders Blvd | | | Paducah | KY | 42001 | Dec-18 | 91,547 | 015 | 3Y | PADUCAH 2 | 78 | Dec-18 | 83 | Oct-18 | $ 91,547 | $ 161,656 |
| SDK | Danny Beckner | Kim Seagraves | 272 Kroger Center | | | Morehead | KY | 40351 | Sep-18 | 70,329 | 006 | 5S | MOREHEAD | 100 | Sep-18 | 100 | Mar-18 | $ 70,329 | $ 76,487 |
| SDK | Danny Beckner | Kim Seagraves | 179 WalMart Way Outlot C | | | Maysville | KY | 40156 | Aug-18 | 64,339 | 006 | 4S | MAYSVILLE | 100 | Aug-18 | 92 | May-18 | $ 64,339 | $ 69,300 |
| SDK | Danny Beckner | Kim Seagraves | 539 W. New Circle Road | | | Lexington | KY | 40511 | Sep-18 | 73,282 | 006 | 2Z | NEW CIRCLE | 100 | Sep-18 | 100 | May-18 | $ 73,282 | $ 72,810 |
| SDK | Danny Beckner | Kim Seagraves | 131 Edwards Avenue | | | Georgetown | KY | 40324 | Oct-18 | 54,390 | 006 | 1U | GEORGETOWN | 100 | Oct-18 | 100 | May-18 | $ 54,390 | $ 64,185 |
| SDK | Danny Beckner | Kim Seagraves | 12000 Aiken Road | | | Louisville | KY | 40243 | Sep-18 | 94,966 | 007 | 1G | MIDDLETOWN | 96 | Sep-18 | 96 | Jun-18 | $ 94,966 | $ 98,099 |
| SDK | Danny Beckner | Kim Seagraves | 1760 Harrodsburg Road | | | Lexington | KY | 40504 | Nov-18 | 60,943 | 006 | 2X | HARRODSBURG ROAD | 91 | Nov-18 | 95 | Sep-18 | $ 60,943 | $ 61,748 |
| SDK | Danny Beckner | Kim Seagraves | 2943 Ft. Campbell Blvd. | | | Hopkinsville | KY | 42240 | Dec-18 | 62,565 | 017 | 5K | HOPKINSVILLE | 44 | Dec-18 | 96 | Oct-18 | $ 62,565 | $ 67,000 |
| SDK | Danny Beckner | Kim Seagraves | 221 Indian Mound Drive | | | Mt. Sterling | KY | 40353 | Nov-18 | 61,588 | 006 | 1F | MOUNT STERLING | 56 | Nov-18 | 58 | Oct-18 | $ 61,588 | $ 61,364 |
| SDK | Danny Beckner | Kim Seagraves | 10519 Fischer Park Drive | | | Louisville | KY | 40241 | Oct-18 | 67,451 | 007 | 3F | SPRINGHURST | 96 | Oct-18 | 100 | Apr-18 | $ 67,451 | $ 74,181 |
| SDK | Danny Beckner | Kim Seagraves | 2303 Woodhill Drive | | | Lexington | KY | 40509 | Nov-18 | 83,854 | 006 | 5B | WOODHILL | 95 | Nov-18 | 99 | Sep-18 | $ 83,854 | $ 90,341 |
| SDK | Danny Beckner | Kim Seagraves | 5040 Fredrica St. | | | Owensboro | KY | 42301 | Dec-18 | 79,253 | 016 | 4Z | OWENSBORO | 96 | Dec-18 | 96 | Oct-18 | $ 79,253 | $ 77,280 |
| SDK | Danny Beckner | Kim Seagraves | 2131 S. Hurstbourne PKWY | | | Louisville | KY | 40220 | Nov-18 | 60,675 | 007 | 3L | HURSTBOURNE 2 | 99 | Nov-18 | 95 | Oct-18 | $ 60,675 | $ 59,478 |
| SDK | Danny Beckner | Kim Seagraves | 1617 Dixie Highway | | | Elizabethtown | KY | 42071 | Oct-18 | 55,061 | 007 | 1V | ELIZABETHTOWN | 96 | Oct-18 | 96 | Aug-18 | $ 55,061 | $ 60,420 |
| SDK | Danny Beckner | Kim Seagraves | 130 W Tiverton Way, S. 180 | | | Lexington | KY | 40503 | Dec-18 | 75,902 | 006 | 5S | TIVERTON | 96 | Dec-18 | 89 | Oct-18 | $ 75,902 | $ 78,858 |
| SDK | Danny Beckner | Kim Seagraves | 475 New Albany Plaza | | | New Albany | IN | 47150 | Dec-18 | 53,105 | 007 | 3G | NEW ALBANY | 100 | Dec-18 | 100 | Oct-18 | $ 53,105 | $ 55,607 |
| SDK | Danny Beckner | Kim Seagraves | 8115 Bardstown Road | | | Louisville | KY | 40291 | Dec-18 | 58,160 | 007 | 6A | GLENMARY | 96 | Dec-18 | 100 | Aug-18 | $ 58,160 | $ 62,475 |
| SDK | Danny Beckner | Kim Seagraves | 2630 US HWY 41 Ste. B | | | Henderson | KY | 42420 | Dec-18 | 83,100 | 016 | 7M | HENDERSON | 91 | Dec-18 | 100 | Oct-18 | $ 83,100 | $ 72,772 |
| SDK | Danny Beckner | Kim Seagraves | 752 E Lewis and Clark Pkwy | | | Clarksville | IN | 47130 | Dec-18 | 92,042 | 007 | 24 | CLARKSVILLE | 100 | Dec-18 | 100 | Oct-18 | $ 92,042 | $ 83,635 |
| SDK | Danny Beckner | Kim Seagraves | 121 Bryant Drive | | | Nicholasville | KY | 40356 | Nov-18 | 60,400 | 006 | 60 | NICHOLASVILLE | 91 | Nov-18 | 91 | Sep-18 | $ 60,400 | $ 65,853 |
| SDK | Danny Beckner | Kim Seagraves | 363 Versailles Road | | | Frankfort 2 | KY | 40601 | Jan-19 | 51,961 | 006 | 2L | FRANKFORT 2 | 59 | Jan-19 | 96 | Nov-18 | $ 51,961 | $ 54,092 |
| SDK | Danny Beckner | Kim Seagraves | 6515 Dixie Highway | | | Louisville | KY | 40216 | Oct-18 | 72,263 | 007 | 69 | DIXIE HIGHWAY | 95 | Oct-18 | 94 | Sep-18 | $ 72,263 | $ 64,995 |
| SDK | Danny Beckner | Kim Seagraves | 1698 W. 192 ByPass | | | London | KY | 40741 | Nov-18 | 79,713 | 006 | 2G | LONDON | 96 | Nov-18 | 96 | Oct-18 | $ 79,713 | $ 79,428 |
| SDK | Danny Beckner | Kim Seagraves | 1621 Midland Trail Ste: 1615 | | | Shelbyville | KY | 40065 | Jan-19 | 34,200 | 007 | 83 | SHELBY COUNTY | 100 | Jan-19 | 95 | Nov-18 | $ 34,200 | $ 35,390 |
| SDK | Danny Beckner | Kim Seagraves | 2398 Nicholasville Rd. | | | Lexington | KY | 40503 | Nov-18 | 56,044 | 006 | 7L | MALABU | 94 | Nov-18 | 100 | Sep-18 | $ 56,044 | $ 58,184 |
| SDK | Danny Beckner | Kim Seagraves | 3015 East 10th Street, Suite #10 | | | Jeffersonville | IN | 47130 | Dec-18 | 59,369 | 007 | 18 | JEFFERSONVILLE | 96 | Dec-18 | 94 | Oct-18 | $ 59,369 | $ 58,229 |
| SDK | Danny Beckner | Kim Seagraves | 14659 US Highway 25, SE, Unit 2 | | | Corbin | KY | 40701 | Nov-18 | 68,084 | 006 | 2Y | CORBIN | 94 | Nov-18 | 91 | Oct-18 | $ 68,084 | $ 65,447 |
| SDK | Danny Beckner | Kim Seagraves | 1140 BYPASS RD | | | WINCHESTER | KY | 40391 | Nov-18 | 66,417 | 006 | 1P | WINCHESTER | 94 | Nov-18 | 94 | Oct-18 | $ 66,417 | $ 55,930 |
| SDK | Danny Beckner | Kim Seagraves | 2900 South Danville Bypass | | | Danville | KY | 40422 | Dec-18 | 51,238 | 006 | 7L | DANVILLE | 96 | Dec-18 | 96 | Oct-18 | $ 51,238 | $ 53,351 |
| SDK | Danny Beckner | Kim Seagraves | 1146 Barnes Mill Rd. | | | Richmond | KY | 40475 | Dec-18 | 53,775 | 006 | 6E | RICHMOND 2 | 100 | Dec-18 | 96 | Oct-18 | $ 53,775 | $ 60,347 |
| SDK | Danny Beckner | Kim Seagraves | 7961 Mall Road | | | Cincinnati | OH | 41042 | Dec-18 | 110,291 | 008 | 33 | MALL ROAD | 94 | Dec-18 | 100 | Nov-18 | $ 110,291 | $ 105,532 |
| SDK | Danny Beckner | Kim Seagraves | 1228 W EADS PARKWAY STE 50 | | | LAWRENCEBURG | IN | 47025 | Jun-18 | 57,573 | 008 | 80 | LAWRENCEBURG, IN (CLOSED) | 100 | Jun-18 | | | $ 57,573 | $ 57,413 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Innovative Mattress Solutions, LLC, *et al.***

Debtor(s)

Case No. **19-50042**
**JOINTLY ADMINISTERED**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly rate for services rendered** |
| Prior to the filing of this statement I have received | $ | **$132,440.00** |
| Balance Due | $ | **TBD** |

2.     $__**0.00**__ of the filing fee has been paid.

3.     The source of the compensation paid to me was:

    ☑ Debtor     ☑ Other (specify):   by all of the debtors, as this is a jointly administered case

4.     The source of compensation to be paid to me is:

    ☑ Debtor     ☑ Other (specify):   by all of the debtors, as this is a jointly administered case

5.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **All Chapter 11 general counsel services.**

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1/25/2019

*Date*

/s/ Laura Day DelCotto

**Laura Day DelCotto 81763**
*Signature of Attorney*
**DelCotto Law Group PLLC**
**200 North Upper St.**
**Lexington, KY 40507**
**(859) 231-5800   Fax: (859) 281-1179**
**ldelcotto@dlgfirm.com**
*Name of law firm*

## United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Sleep Outfitters of Kentucky, LLC**                          Case No.    **19-50045**

                                    Debtor(s)            Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kimberly B. Knopf** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 25, 2019**                    Signature  **/s/ Kimberly B. Knopf**

                                        **Kimberly B. Knopf**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.